UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RAHIB HAMEED,<br><br>Defendant. | 25 Cr. 277 (PAE)<br><br><u>SCHEDULING ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On December 2, 2025, the defendant was presented before Magistrate Judge Robert W. Lehrburger.  As the parties were notified at presentment, the Court has scheduled an initial conference, at which the defendant will be arraigned, for **December 5, 2025, at 9:30 a.m.** in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 3, 2025
        New York, New York