UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RAHIB HAMEED,

Defendant.

25 Cr. 277 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

The arraignment in this case, previously scheduled for today, December 5, 2025, at 9:30 a.m., is hereby adjourned to December 8, 2025 at 11:00 a.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: December 5, 2025
New York, New York